UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00304-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ALBERTO PROVENCIO HERNANDEZ ) | |
| a/k/a "Lorenzo Hernandez Baldavino" ) | |
| ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the pending Indictment relative to the above captioned defendant. The government represents that an issue of misidentification arose upon the defendant's state arrest and said misidentification led to the application of an incorrect alien file.

After due consideration and for good cause shown, the Court hereby GRANTS the government's Motion and ORDERS the subject Indictment DISMISSED.

This 23 September 2011.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge